**E-FILED**
Monday, 03 March, 2008  08:22:43 AM
Clerk, U.S. District Court, ILCD

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL _____ District of _____ ILLINOIS

ORIN KELLY,

**SUMMONS IN A CIVIL ACTION**

V.

Illinois Central Railroad Company d/b/a Canadian
National/Illinois Central Railroad Co.

CASE NUMBER:    1:08-cv-01052-MMM

TO: (Name and address of Defendant)

ILLINOIS CENTRAL RAILROAD COMPANY, d/b/a CANADIAN
NATIONAL/ILLINOIS CENTRAL RAILROAD COMPANY
CT CORPORATION
Registered Agent
208 S. LaSalle St. #814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

RATHMANN & O'BRIEN
PATRICK O'BRIEN
1031 LAMI ST
ST. LOUIS, MO 63104

an answer to the complaint which is served on you with this summons, within ___20___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

CLERK   s/ R. Knox                              DATE   3/3/08

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                        *Signature of Server*

                              _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.