IN THE UNDITED STATES DISTRICT COURT OF
THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ORIN KELLY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) Case No. 1:08-cv-01052-MMM |
| ILLINOIS CENTRAL RAILROAD COMPANY d/b/a CANADIAN NATIONAL/ILLINOIS CNETRAL RAILROAD COMPANY | ) ) ) ) ) |
| Defendant. | ) |

**NOTICE OF FILING**

COMES NOW, Plaintiff, Orin Kelly, by and through his attorneys Rathmann & O'Brien, L.L.C., and hereby files Plaintiff's Interrogatories Directed to Defendant and Plaintiff's First set of Request for Production Directed to Defendant. Copies were mailed to Defendant's counsel this 4th day of March, 2008.

Respectfully submitted,

RATHMANN & O'BRIEN

Patrick S. O'Brien #3127549
1031 Lami
St. Louis, MO 63104
Telephone:    314-773-3456
Facsimile:    314-773-7238

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was mailed, postage prepaid, on this 4th day of March, 2008 to:

Kelly Clough
Canadian National Railway
Risk Mitigation Officer
1415 N. Railroad Ave
Decatur, Il. 62526

*[signature: Patrick O'B.]*