**E-FILED**
Wednesday, 09 April, 2008  12:17:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT OF
THE CENTRAL DISTRICT OF ILLINOIS

ORIN KELLY,                                   )
                                              )
    Plaintiff,                            )
                                              )
vs.                                           )        Cause No. 1:08-cv-01052-MMM
                                              )        Division No.
ILLINOIS CENTRAL RAILROAD                     )
COMPANY d/b/a CANADIAN                        )
NATIONAL/ILLINOIS CENTRAL                     )
RAILROAD COMPANY,                             )
                                              )
    Defendant.                            )

### JURY DEMAND

Defendant, Illinois Central Railroad Company, improperly described in plaintiff's

complaint as Illinois Central Railroad Company, d/b/a Canadian National/Illinois Central

Railroad Company, by its attorneys, Thompson Coburn LLP, hereby demand a trial by jury.

Respectfully submitted,

s/Kurt E. Reitz
Kurt E. Reitz, #06187793
525 West Main Street
P.O. Box 750
Belleville, Illinois  62222-0750
618-277-4700
FAX 618-236-3434
kreitz@thompsoncoburn.com
Attorney for Defendant

OF COUNSEL:
THOMPSON COBURN LLP

4711808.1

**<u>Certificate Of Service</u>**

I hereby certify that on April 9, 2008, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to Patrick S. O'Brien, pobrien@rathmann.us.


 s/  Kurt E. Reitz