E-FILED
Wednesday, 09 April, 2008  04:18:03 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT OF
THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ORIN KELLY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Cause No. 1:08-cv-01052-MMM |
| ILLINOIS CENTRAL RAILROAD COMPANY d/b/a CANADIAN NATIONAL/ILLINOIS CENTRAL RAILROAD COMPANY, | ) ) ) ) ) |
| Defendant. | ) |

**<u>CERTIFICATE OF INTEREST PURSUANT TO LOCAL RULE 11.3</u>**

The undersigned, counsel of record for Illinois Central Railroad Company, Defendant, furnishes the following in compliance with Rule 11.3 of this court:

1. The full name of every party or amicus the attorney represents in this case:

    Illinois Central Railroad Company

2. If such party or amicus is a corporation:

a. Its parent corporation:

Illinois Central Railroad Company is wholly owned (100%) by Illinois Central Corporation.

b. A list of corporate stockholders which are publicly-held companies owning 10% or more of the stock of the party or amicus if it is a publicly held company:

Illinois Central Corporation is wholly owned (100%) by Grand Trunk Corporation. Grand Trunk Corporation is wholly owned (100%) by Canadian National Railway Company.

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for a party in this case:

4717714.1

Thompson Coburn LLP, 525 West Main Street, P. O. Box 750, Belleville, Illinois 62222-0750; Office: (618) 277-4700; Fax (618) 236-3434.

Respectfully submitted,

s/ Kurt E. Reitz
Kurt E. Reitz, #06187793
525 West Main Street
P.O. Box 750
Belleville, Illinois  62222-0750
618-277-4700
FAX 618-236-3434
kreitz@thompsoncoburn.com

Attorney for Defendant

OF COUNSEL:
THOMPSON COBURN LLP

## Certificate Of Service

    I hereby certify that on April 9, 2008, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to Patrick S. O'Brien, pobrien@rathmann.us.

 s/ Kurt E. Reitz
Kurt E. Reitz, #06187793
525 West Main Street
P.O. Box 750
Belleville, Illinois  62222-0750
618-277-4700
FAX 618-236-3434
kreitz@thompsoncoburn.com
