IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ORIN KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 08-cv-01052-MMM |
| ) | |
| ILLINOIS CENTRAL RAILROAD ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF COMPLIANCE

Defendant, Illinois Central Railroad Company, for its Certificate of Compliance with Central District of Illinois – Local Rule 26.3(A), states as follows:

1. Defendant, on May 2, 2008, served Plaintiff with its Initial Disclosures Pursuant To Federal Rule of Civil Procedure 26(a)(1).

Respectfully submitted,

s/Kurt E. Reitz
Kurt E. Reitz, #06187793
525 West Main Street
P.O. Box 750
Belleville, Illinois 62222-0750
618-277-4700
618-236-3434 (fax)

OF COUNSEL:
THOMPSON COBURN LLP

Attorney for Defendant,
Illinois Central Railroad Company

4731234.1

## Certificate Of Service

I hereby certify that on May 2, 2008, I electronically filed Defendant's Certificate of Compliance with the Clerk of Court using the CM/ECF system which will send notification of such filing to: Patrick O'Brien, pobrien@rathmann.us.

                                                   s/Kurt E. Reitz
                                                   Kurt E. Reitz, #06187793
                                                   525 West Main Street
                                                   P.O. Box 750
                                                   Belleville, Illinois  62222-0750
                                                   618-277-4700
                                                   618-236-3434 (fax)

OF COUNSEL:
THOMPSON COBURN LLP

                                                   Attorney for Defendant,
                                                 Illinois Central Railroad Company