E-FILED
Monday, 12 May, 2008  09:44:51 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT OF
THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ORIN KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:08-cv-01052-MMM |
| ) | |
| ILLINOIS CENTRAL RAILROAD ) | |
| COMPANY d/b/a CANADIAN ) | |
| NATIONAL/ILLINOIS CENTRAL ) | |
| RAILROAD COMPANY, ) | |
| ) | |
| Defendant. ) | |

## PROPOSED DISCOVERY PLAN

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, a scheduling conference was held on May 9, 2008 with attorneys Patrick S. O'Brien and Kurt E. Reitz participating. The following discovery plan was agreed upon by the parties:

1. Initial disclosures under Rule 26 are to be made by June 30, 2008.

2. No motions to join other parties or amend the pleadings are to be filed after November 30, 2008.

3. Plaintiff is to identify testifying experts and to provide Rule 26 expert reports by January 30, 2009.

4. Plaintiff's experts are to be deposed by February 28, 2009.

5. Defendant is to identify testifying experts and to provide Rule 26 expert reports by March 30, 2009.

6. All Defendant's experts are to be deposed by April 30, 2009.

4730990.1

7. All discovery is to be completed by June 30, 2009.

8. Any written discovery served subsequent to the date of this Order is to be served by the date that allows the served party the full 30 days provided by the Federal rules of Civil Procedure in which to comply.

9. Motions to compel and other motions relating to discovery shall be pursued in a diligent and timely manner, but in no event filed more than sixty (60) days following the event (e.g. failure to answer interrogatories, objections to request for production, etc.) that is the subject of the motion.

10. Except for good cause shown, any discovery motion that is not timely filed and any discovery motion that is filed after the discovery deadline will not be considered by the Court.

11. The parties have until August 30, 2009 to file dispositive motions.

12. No dispositive motions filed after August 30, 2009 will be considered by the Court.

13. Final Pre-trial Conference is scheduled for _____ at _____ __.m. before U.S. District Judge Michael M. Mihm.

14. All Motions in Limine to be filed at least 14 days prior to the scheduled start of trial. (See Local Rule 16.1 – Pre-Trial Procedures.)

- 3 -

15. Trial is scheduled for _____ at \_\_\_\_\_ a.m. on the trial calendar of U.S. District Judge Michael M. Mihm.

16. If the parties consent to trial before a U.S. Magistrate Judge, the final pre-trial date and trial date may be changed.

17. A settlement conference will be hosted by U.S. Magistrate Judge John A. Gorman in Peoria, Illinois by joint request of the parties.

<table>
<tr><td>s/Patrick S. O'Brien (with permission)<br>Patrick S. O'Brien<br>Rathmann & O'Brien LLC<br>1031 Lami<br>St. Louis, Missouri  63104</td><td>s/Kurt E. Reitz<br>Kurt E. Reitz<br>Thompson Coburn LLP<br>P. O. Box 750<br>Belleville, Illinois  62222-0750</td></tr>
</table>

**Certificate Of Service**

  I hereby certify that on May 12, 2008, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing to Patrick S. O'Brien (pobrien@rathmann.us).

                 s/ Kurt E. Reitz
                Kurt E. Reitz Illinois Bar No. 6187793
                Attorney for Defendant
                Thompson Coburn LLP
                525 West Main, P. O. Box 750
                Belleville, Illinois  62222-0750
                Telephone: (618) 277-4700
                Fax: (618) 236-3434
                E-mail:  kreitz@thompsoncoburn.com