UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ORIN K. KELLY, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-1052 |
| | ) | |
| ILLINOIS CENTRAL RAILROAD COMPANY | ) | |
| d/b/a CANADIAN NATIONAL/ILLINOIS | ) | |
| CENTRAL RAILROAD COMPANY, | ) | |
| | ) | |
|     Defendant. | ) | |

## O R D E R

This matter is now before the Court on Defendant's Motion to Reconsider its Motion for Summary Judgment for Lack of Evidence of Specific Causation in light of the Seventh Circuit's recent opinion in Myers v. Illinois Central R. Co., ___ F.3d ___, 2010 WL 5094236 (7th Cir. Dec. 15, 2010).  In response, Plaintiff concedes "that the Myers ruling constitutes the fatal blow to Mr. Kelly's pursuit of having a jury trial on the merits of his legitimate, career ending FELA musculoskeletal cumulative trauma injury claims."

As a self-characterized "last ditch effort," Plaintiff asks the Court to reconsider the portion of its July 15, 2010, Order where it disallowed the presentation of previously undisclosed expert testimony by Drs. Schoedinger and McMullin on the issue of specific causation.  For the reasons set forth in that Order, this request must be denied.

As the decision in Myers effectively eliminates the one avenue of viability the Court left open as available to Plaintiff, the Court agrees that the recent precedent constitutes the fatal flow to Plaintiff's case.  Defendant's Motion to Reconsider Its Motion for Summary

Judgment for Lack of Evidence of Specific Causation [#87] is GRANTED, and summary judgment is entered in favor of Defendants.  This matter is now TERMINATED.

ENTERED this 25th day of January, 2011.

s/ Michael M. Mihm<br>
Michael M. Mihm<br>
United States District Judge